2024R00990/EJJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 25- |
| | : | |
| NELSON VALENTIN, | : | 21 U.S.C. § 846 |
| a/k/a "Lil Nel" | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or around November 2023 to in or around February 2024, in the District of New Jersey, and elsewhere, the defendant,

**NELSON VALENTIN,**
**a/k/a "Lil Nel,"**

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

As a result of committing the controlled substance offense charged in this Information, the defendant,

**NELSON VALENTIN,**
**a/k/a "Lil Nel,"**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense alleged in this Information.

## Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of above-described forfeitable property.

*Alina Habba*

ALINA HABBA
United States Attorney

CASE NUMBER: 25-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

NELSON VALENTIN,
a/k/a "Lil Nel"

## INFORMATION FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ELI JACOBS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-3976